IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| RICHARD ALEXANDER<br>Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 3:04-CV-521-P |
| HOME DEPOT USA, INC.<br>Defendant. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant having Stipulated to the dismissal of this case with prejudice to the refiling thereof, the Court hereby orders that the case should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED this 21st day of September, 2004.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE – Page 1

APPROVED AS TO FORM:

_____
Kurt Banowsky
Attorney for Plaintiff


_____
Denise Cotter Villani
Attorney for Defendant

ORDER OF DISMISSAL WITH PREJUDICE – Page 2